UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE MCCARTHY, | |
| Plaintiff, | Civil Action No. 10-6559 (FSH) |
| v. | |
| KELNER, PECORARO, KELNER, P.C., ET AL., | ORDER ON INFORMAL APPLICATION |
| Defendants. | |

This matter having come before the Court by way of letter dated July 21, 2011, regarding a discovery dispute concerning the deposition of the defendants' accountant that the defendants seek to have resolved;

and the Court having issued Orders dated January 28, 2011 and April 6, 2011 that specifically set forth the format in which the parties are required to raise discovery disputes;[1]

---

[1] The Court set forth a specific format for raising discovery disputes that requires the parties to both confer and work together in good faith to resolve and present discovery disputes. Moreover, the required format assists the Court to efficiently resolve the disputes and ensures that the necessary information is presented in a concise fashion. The Orders require that

> Counsel shall confer in a good faith attempt to informally resolve any and all discovery disputes before seeking the Court's intervention. Should such informal effort fail to resolve the dispute, the matter shall be brought to the Court's attention via a joint letter that sets forth: (a) the request, (b) the response; (c) efforts to resolve the dispute; (d) why the complaining party believes the information is relevant and why the responding party's response continues to be deficient; and (e) why the responding party believes the response is sufficient. No further submissions regarding the dispute may be submitted without leave of Court. If necessary, the Court will thereafter schedule a telephone conference to resolve the dispute.

(Sched. Order, Jan. 28, 2011, ECF No. 11; Am. Sched. Order, Apr. 6, 2011, ECF No. 13.)

and it appearing that the July 21, 2011 letter was not submitted in the format required for raising discovery disputes;

and for the reasons set forth herein;

IT IS ON THIS 22nd day of July, 2011

ORDERED that the request for relief embodied in the defendants' letter dated July 21, 2011 denied without prejudice;

IT IS FURTHER ORDERED that the discovery disputes (other than those arising during the course of depositions) raised in the dated July 21, 2011 letter shall be presented, no later than **July 28, 2011 at noon** via the joint letter protocol.

s/Patty Shwartz  
UNITED STATES MAGISTRATE JUDGE